JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN GWYNN CHEVROLET, INC., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WARRANTECH AUTOMOTIVE INC.,<br><br>    Defendant. | Case No. CV 12-7433 DSF (JCx)<br><br>JUDGMENT |

    The Court previously granted the Motion to Dismiss with leave to amend on November 7, 2012. An amended complaint was due by November 21, 2012, and plaintiffs having failed to file the amended complaint,

    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that the defendant recover its costs pursuant to 28 U.S.C. § 1920.

Dated: 11/26/12

                                                           DALE S. FISCHER<br>
                                                        United States District Judge